UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:17-MJ-782 |
| | § | |
| (1) VERNON SONSTENG | § | |
| (2) MICHAEL VILLEGAS, | § | |
| | § | |
| Defendants. | | |

## ORDER OF DETENTION PENDING TRIAL

The above defendants appeared in open court with counsel and waived, without prejudice, the right to a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. Sec. 3142(f). Accordingly, the above defendants are ordered detained without bond pending trial.

The above defendants are committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The above defendants shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the above defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 15th day of August, 2017.

_____
Jason B. Libby
United States Magistrate Judge